United States District Court
Southern District of Texas
**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HESSEE | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-00224 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| AMERICAN MOTOR CAR CONSULTING LLC, | § | |
| Defendant. | § | |

## ORDER

By email to the Case Manager, the parties have provided notice of settlement of their dispute.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on May 14, 2024, at Houston, Texas.

*[Signature: Chas R Eskridge II]*

Hon. Charles Eskridge
United States District Judge